In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and to Conserve the Assets of the INTERNATIONAL REINSURANCE CORPORATION, DOVER, DELAWARE, and INDEPENDENCE INDEMNITY COMPANY; HOYT AVENUE GARDENS, INC., Appellant.

(Argued January 7, 1936; decided January 21, 1936.)

*Harry Hoffman* and *Mitchell Salem Fisher* for appellant.
*Irvin Waldman* and *Alfred C. Bennett* for respondent.

Order affirmed, with costs; no opinion. (See 270 N. Y. 613.)

Concur: O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., LEHMAN and FINCH, JJ.